A. J. SHARP, ESQ.
Nevada Bar No.11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendants*
*Daniel David Gullick,*
*Wal-Mart Transportation LLC,*
*and Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY BERNSTEIN-LORENZ, | Case No.:  2:11-cv-01034-JCM-CWH |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| DANIEL DAVID GULLICK, individually and as an employee of WAL-MART TRANSPORTATION, LLC; a foreign Limited Liability Company; WAL-MART STORES [INC.], [*erroneously identified as*] a foreign Limited Liability Company; and DOE Individuals 1-4, inclusive, and ROE CORPORATIONS 6-10, inclusive, | |
| Defendants. | |
| FARMERS INSURANCE EXCHANGE, and as Subrogee for Timothy Adam Lorenz, | |
| Plaintiff In Intervention, | |

Pursuant to the Court's directive, issued during the October 19, 2011, hearing in this matter, Defendant Wal-Mart Stores, Inc. hereby submits this Proposed Order:

**1.   Defendants' Pending FRCP 34 Request**

On October 5, 2011, Defendants served, by U.S. Mail, on Plaintiff Nancy Bernstein-Lorenz

("Plaintiff") and on Plaintiff In Intervention Farmers Insurance Exchange ("Farmers"), respectively, Defendants' Demand To Inspect A Motor Vehicle, Pursuant To FRCP 34 (the "Demand").

### 2. The Court's Directive

During the October 19, 2011, hearing in this matter, the Court ordered that Plaintiff and Farmers must each, by the deadline for responding to the Demand, either (1) make the subject vehicle available to Defendants for inspection, including but not limited to making affirmative efforts to discover the vehicle's chain of custody from the date of the subject accident and the vehicle's present location; or (2) confirm in writing to Defense counsel that that party cannot produce this evidence in this case, to enable Defendants to proceed with discovery and/or related motion practice. The Court directed Defense counsel to "prepare, circulate and submit" this Proposed Order pursuant to its order during the hearing.

//
//
//
//
//
//
//
//
//
//
//
//
//

IT IS THEREFORE ORDERED that, <u>on or before November 7, 2011</u>, Plaintiff Nancy Bernstein-Lorenz ("Plaintiff") and Plaintiff In Intervention Farmers Insurance Exchange ("Farmers"), respectively, shall either (1) make the subject vehicle available to Defendants for inspection, including but not limited to making affirmative efforts to discover the vehicle's chain of custody from the date of the subject accident and the vehicle's present location; or (2) confirm in writing to Defense counsel that that party cannot produce this evidence in this case, to enable Defendants to proceed with discovery and/or related motion practice.

DATED this <u>6th</u> day of November, 2011.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ A. J. Sharp
———————————————
A. J. SHARP, ESQ.
Nevada Bar No.11457
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendants*
*Daniel David Gullick,*
*Wal-Mart Transportation LLC,*
*and Wal-Mart Stores, Inc.*

**IT IS SO ORDERED:**

———————————————
UNITED STATES MAGISTRATE JUDGE

DATED:  November 7, 2011