UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| NANCY BERNSTEIN-LORENZ, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-01034-JCM-CWH |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIEL DAVID GULLICK, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant's FRCP 45 Motion for Order Compelling Production of Plaintiff's Controlled Substances Utilization Report by the Nevada State Board of Pharmacy/Nevada Controlled Substances Task Force (#53), filed May 2, 2012. The Nevada Board of Pharmacy filed a Statement of Non-Opposition (#58) on May 16, 2012. Plaintiff did not file an opposition.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Given that the Nevada Board of Pharmacy has indicated its non-opposition and Plaintiff failed to file an opposition, Defendant's motion (#53) is granted. The Nevada Board of Pharmacy shall produce Plaintiff's controlled substances utilization report for the period of July 20, 2005, through July, 20, 2012. *See* Ex. B attached to Def.'s Mot. (#53).

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant's FRCP 45 Motion for Order Compelling Production of Plaintiff's Controlled Substances Utilization Report by the Nevada State Board of Pharmacy/Nevada Controlled Substances Task Force (#53) is **granted**.

DATED this 23rd day of May, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge